■ BENDERSON DEVELOPMENT COMPANY, INC., Respondent, v CHARLOTTE PODD et al., Individually and as Coexecutors of TED PODD, Deceased, Appellants. (Appeal No. 2.) [616 NYS2d 320] — Appeal unanimously dismissed without costs (see, Gifaldi v Dumont Co., 172 AD2d 1025, 1026). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Resettle Order.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.